# United States Court of Appeals
## For the First Circuit

No. 13-2129

ROGELIO BLACKMAN HINDS,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General of the United States,[*]

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on June 24, 2015 is amended as follows:

On page 12, line 11, underline "See".

---

[*] Pursuant to Fed. R. App. P. 43(c)(2), Attorney General Loretta E. Lynch has been substituted for former Attorney General Eric H. Holder, Jr. as respondent.